| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | MICHAEL P. LOWRY, ESQ.<br>Nevada Bar No. 10666<br>E-mail: Michael.Lowry@wilsonelser.com<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br>300 South Fourth Street, 11th Floor<br>Las Vegas, Nevada 89101-6014<br>Telephone: (702) 727-1400<br>Facsimile: (702) 727-1401<br>Attorneys for Panda Express, Inc. |

<div style="text-align:center">

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

</div>

| | |
|---|---|
| RONALD SCOTT,<br><br>            Plaintiff,<br>v.<br><br>PANDA EXPRESS, INC., a Foreign Corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>            Defendants. | Case No.: 2:17-cv-2105<br><br>**Panda Express, Inc's Motion to Remove from Service List** |

Panda Express, Inc. moves to remove attorney Carl Houston from the CM/ECF electronic service list. Mr. Houston has changed law firms, as evidenced by his current email address, and no longer represents Panda Express.

DATED this 12th day of December, 2017.

<div style="margin-left: 40%">

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP

*/s/ Michael P. Lowry*

MICHAEL P. LOWRY, ESQ.
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101-6014
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Panda Express, Inc.

</div>

**IT IS SO ORDERED** this 18th day of December, 2017.

_____
Peggy A. Leen
United States Magistrate Judge

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5, I am an employee of Wilson Elser Moskowitz Edelman & Dicker LLP, and that on December 12, 2017, I served **Panda Express, Inc's Motion to Remove from Service List** as follows:

☒ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☐ via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk;

Marcus A. Berg, Esq.
Boyd B. Moss III, Esq.
Moss Berg Injury Lawyers
4101 Meadows Lane, Suite 4101
Las Vegas, NV 89107
Tel: 702.222.4555/Fax: 702.222.4556
marcus@mossburglv.com
boyd@mossburglv.com
*Attorneys for Plaintiff*

BY: */s/ Michael P. Lowry*
An Employee of WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP