UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| RONALD SCOTT, | Case No. 2:17-cv-02105-APG-PAL |
|---|---|
| Plaintiff, | ORDER |
| v. | (Mot Subst Party – ECF No. 28) |
| PANDA EXPRESS, INC., | |
| Defendant. | |

Before the court is plaintiff's Motion for Substitution of Party (ECF No. 28). The court has reviewed plaintiff's motion, defendant's Response (ECF No. 30), and plaintiff's Reply (ECF No. 34).

Having reviewed and considered the moving and responsive papers,

**IT IS ORDERED** that plaintiff's Motion for Substitution of Party (ECF No. 28) is **GRANTED**. Brittney Scott and Melissa A. Tanko as Co-Special Administrators of the Estate of Ronald Scott are substituted as plaintiffs in this action in place of the decedent Ronald Scott.

DATED this 2nd day of April, 2018.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE