MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101-6014
Telephone: (702) 727-1400
Facsimile: (702) 727-1401
Attorneys for Panda Express, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRITTNEY SCOTT and MELISSA A. TANKO, as Co-Special Administrators of the Estate of RONALD SCOTT<br><br>Plaintiff,<br><br>v.<br><br>PANDA EXPRESS, INC., a Foreign Corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-2105 -APG-PAL<br><br>**Stipulation and Order to Dismiss with Prejudice** |

The parties stipulate to dismiss this matter, with prejudice, each to bear their own fees and costs. No trial date was scheduled.

| | |
|---|---|
| Dated this 3rd day of August, 2018<br><br>MOSS BERG INJURY LAWYERS<br><br>*/s/ Marcus A. Berg*<br><br>Marcus A. Berg, Esq.<br>Nevada Bar No. 9760<br>4101 Meadows Lane, Suite 110<br>Las Vegas, NV 89107<br>Attorneys for Estate of Ronald Scott | Dated this 3rd day of August, 2018<br><br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br><br>*/s/ Michael P. Lowry*<br><br>Michael P. Lowry, Esq.<br>Nevada Bar No. 10666<br>300 South Fourth Street, 11th Floor<br>Las Vegas, Nevada 89101-6014<br>Attorneys for Panda Express, Inc. |

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE
Dated: August 6, 2018.